# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FELIPE GARCIA & VICKI L. GARCIA    Case Number: 06-71674
2617 APACHE TRAIL    SSN-xxx-xx-4241 & xxx-xx-8023
MCHENRY, IL  60051

Case filed on: 9/13/2006
Plan Confirmed on: 2/2/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,241.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY SCOTT A BENTLEY | 2,774.00 | 2,774.00 | 500.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 500.00 | 0.00 |
| 005 | CALVARY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | FELIPE GARCIA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | NEW CENTURY MORTGAGE | 18,217.79 | 3,281.89 | 3,281.89 | 0.00 |
| 002 | UNITED AUTO CREDIT CORP. | 9,591.68 | 9,591.68 | 1,866.46 | 1,041.73 |
|  | Total Secured | 27,809.47 | 12,873.57 | 5,148.35 | 1,041.73 |
| 003 | ASPIRE VISA | 308.39 | 308.39 | 19.00 | 0.00 |
| 004 | ASPIRE VISA | 377.47 | 377.47 | 23.24 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CACH LLC | 662.97 | 662.97 | 40.82 | 0.00 |
| 011 | LVNV FUNDING LLC | 415.17 | 415.17 | 25.56 | 0.00 |
| 012 | NICOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PORTFOLIO ACQUISITIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VIVIAN TOEPPER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 1,764.00 | 1,764.00 | 108.62 | 0.00 |
|  | Grand Total: | 32,347.47 | 17,411.57 | 5,756.97 | 1,041.73 |

Total Paid Claimant:    $6,798.70
Trustee Allowance:    $442.30
Percent Paid Unsecured:    6.16

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 06/25/2008    By  /s/Heather M. Fagan